**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GINA BISIGNANI | : | CASE NO. 5:22-bk-02229-MJC |
| | : | |
| Debtor | : | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Debtor seeks leave to file under seal the documents described below, and states in support:

1. Contemporaneously with this motion, and using the ECF docket entry marked "Sealed Documents Filed Under Pending Motion to Seal," Debtor is filing:

    (a) a Supplemental Disclosure of Compensation under 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) (the "Proposed Statement"); and

    (b) a certificate of service that applies to both this motion and to the Proposed Statement.

2. The Proposed Statement is filed now because Fed. R. Bankr. P. 2016(b)(2) sets a fourteen-day period that expires today. Counsel does not concede that the Rule requires the Proposed Statement to be filed at all.

3. Debtor is subject to a written confidentiality obligation owed to a non-debtor third party. By its terms that confidentiality obligation applies not only to a dollar figure but even to the mere existence of the agreement that created the confidentiality obligation. Counsel cannot state the grounds for sealing on the public docket without making the very disclosure this Motion asks the Court to prevent. Whether the information is truly confidential commercial information that warrants sealing is uncertain, and this motion is being filed out of an abundance of caution. Debtor respectfully suggests that the Court

may wish to defer ruling on this motion for at least 14 days to allow that third party to present any argument that it deems appropriate in support of the sealing. That party is receiving notice of this motion as indicated in the Proposed Statement.

4. Counsel states the following, pursuant to L.B.R. 9018-1(b):

   (a) Grounds for sealing: The documents disclose information that **might** be considered confidential commercial information of an entity within the meaning of 11 U.S.C. § 107(b)(1).

   (b) Parties with access: The Court and the clerk, the United States trustee, the Debtor, Counsel, and the non-debtor third party and its counsel, who are identified in the Proposed Statement and who will be served.

   (c) Duration of the seal: Until further order of the Court.

   (d) Unsealing or retrieval: Debtor will not move to unseal; nothing requires retrieval.

   (e) Redacted copies: Attached.

   (e) Proposed order: The proposed order accompanying this Motion states that it is entered without prejudice to the right of any party in interest, or the United States trustee, to seek to unseal the documents or any part of them.

WHEREFORE, Counsel respectfully requests that the Court enter an order authorizing the documents described in paragraph 1 to be filed under seal and granting such other relief as is just.

Dated: September 18, 2026

/s/ Carlo Sabatini
Carlo Sabatini, PA83831
SABATINI LAW FIRM, LLC
216 N. Blakely Street
Dunmore, PA 18512
Telephone: (570) 341-9000
ecf@bankruptcypa.com
Counsel for the Debtor

**CERTIFICATE OF USE OF GENERATIVE AI**

In accordance with the procedures of the Honorable Mark J. Conway governing the use of generative artificial intelligence, the undersigned discloses and certifies as follows:

1. The specific AI tool used: Anthropic's Claude (Claude Opus 5), accessed through the Claude desktop application.

2. The portions of the filing prepared by the AI program: The tool was used to prepare initial drafts of the following documents filed today: the Motion to File Documents Under Seal and the proposed order thereon; the Supplemental Disclosure of Compensation; and this Certificate. The undersigned revised each draft before filing.

3. Verification of accuracy. A person has checked the accuracy of any portion of each document generated with the assistance of the AI tool, including all citations and legal authority.

Dated: September 18, 2026

/s/ Carlo Sabatini
Carlo Sabatini, PA 83831