**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GINA BISIGNANI | : | CASE NO. 5:22-bk-02229-MJC |
| | : | |
| Debtor | : | |

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION**
**PURSUANT TO 11 U.S.C. § 329 AND FED. R. BANKR. P. 2016(b)**

1. On September 4, 2026, Sabatini Law Firm, LLC received [redacted] was paid by [redacted] for the benefit of Debtor.

2. Sabatini Law Firm, LLC has not shared, and has not agreed to share, that compensation with any entity other than a member or regular associate of the firm.

3. Counsel is disclosing here only that information that is specifically listed in § 329 and Rule 2016(b) so that Counsel will not have over-disclosed information on a public docket if the motion to seal is not granted. However, Counsel is ready to immediately provide any further information ordered by the Court, such as [redacted]. Counsel respectfully suggests that if the Court is inclined to issue such an order, that it defer ruling for 14 days to allow [redacted] an opportunity to respond before the disclosure.

Dated: September 18, 2026

/s/ Carlo Sabatini
Carlo Sabatini, I.D. No. 83831
SABATINI LAW FIRM, LLC
216 N. Blakely Street
Dunmore, PA 18512
Telephone: (570) 341-9000
ecf@bankruptcypa.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

[redacted] is being served tonight by email to Attorney [redacted] at [redacted]. On Monday, September 21, 2026, service will be effectuated by regular U.S. mail to [redacted], unless Attorney [redacted] has confirmed that service to her is sufficient.

Dated: September 18, 2026 /s/ Carlo Sabatini

## CERTIFICATE OF USE OF GENERATIVE AI

In accordance with the procedures of the Honorable Mark J. Conway governing the use of generative artificial intelligence, the undersigned discloses and certifies as follows:

1. The specific AI tool used: Anthropic's Claude (Claude Opus 5), accessed through the Claude desktop application.
2. The portions of the filing prepared by the AI program: The tool was used to prepare initial drafts of the following documents filed today: the Motion to File Documents Under Seal and the proposed order thereon; the Supplemental Disclosure of Compensation; and this Certificate. The undersigned revised each draft before filing.
3. Verification of accuracy. A person has checked the accuracy of any portion of each document generated with the assistance of the AI tool, including all citations and legal authority.

Dated: September 18, 2026 /s/ Carlo Sabatini
Carlo Sabatini Pa. I.D. No. 83831