**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GINA BISIGNANI | : | CASE NO. 5:22-bk-02229-MJC |
| | : | |
| Debtor | : | |

# ORDER

Upon consideration of the *Motion to File Documents Under Seal* filed to Docket Entry ____ it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The documents lodged under L.B.R. 9018-1(c) in connection with the Motion shall be FILED UNDER SEAL.

3. Access to the sealed documents is limited to the Court and its personnel, the United States Trustee, Sabatini Law Firm, the non-debtor entity identified in the sealed Declaration and that entity's attorney.

4. The seal shall remain in effect until further order of the Court.

5. This Order is entered without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the documents, or any part thereof.