**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GINA BISIGNANI | : | CASE NO. 5:22-bk-02229-MJC |
| | : | |
| Debtor | : | |

**AMENDED CERTIFICATE OF SERVICE**

On September 18, 2026, a certificate of service was filed under seal ("the Sealed Certificate"), along with a redacted version of that certificate on the public docket. The Sealed Certificate is hereby amended to certify that service of all documents filed that evening (both under seal and on the public docket) has now been effectuated as follows:

1. On September 19, 2026 at 10:08 A.M., the attorney identified in the Sealed Certificate was served at the email address indicated on the Sealed Certificate.

2. On September 21, 2026, the U.S. mail service that was anticipated in the Sealed Certificate was actually effectuated.

3. On September 21, 2026 at 2:44 P.M., the United States Trustee was served via email to ustpregion03.ha.ecf@usdoj.gov.

Dated: September 21, 2026

Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000