United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 22-02229-MJC
Gina Bisignani Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: nthrgreq Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gina Bisignani, 136 Gordon Ave, Carbondale, PA 18407-2757 |
| 5506848 | Bisignani Gina, 136 Gordon Ave, Carbondale, PA 18407-2757 |
| 5506849 | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5506869 | US Bank (NBT), PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 15:31:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 15:30:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506850 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 28 2026 15:02:00 | Absolute Resolutions Investments LLC, 8000 Norman Center Dr # 350, Bloomington, MN 55437-1178 |
| 5506851 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 28 2026 15:02:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 5506853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 15:30:26 | CAPITAL ONE BANK USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5506858 | | Email/Text: CantonRecoveryGroup@cbna.com | Oct 28 2026 15:02:00 | Community Bank, PO Box 628, Olean, NY 14760-0628 |
| 5506859 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 28 2026 15:02:00 | Credit Corp Solutions Inc, 180 W Election Rd Ste 200, Draper, UT 84020-6406 |
| 5506852 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 15:31:46 | Capital One, PO Box 60511, City of Industry, CA 91716-0511 |
| 5507978 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 15:31:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506854 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 15:30:26 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5506855 | | Email/Text: bankruptcy@cavps.com | Oct 28 2026 15:02:00 | Cavalry SPV I, LLC, Assignee of Citibank, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5506856 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 15:31:54 | Citibank NA/Home Depot, PO Box 9001037, Louisville, KY 40290-1037 |
| 5506857 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 15:02:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5506860 | | Email/Text: PHILAW@weltman.com | Oct 28 2026 15:02:00 | Discover Bank, c/o Weltman Weinberg & Reis, 170 S Independence Mall W Ste 874W, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19106-3334 |
| 5506861 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 28 2026 15:02:00 | FM/Citizens, PO Box 82522, Lincoln, NE 68501-2522 |
| 5506862 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 15:31:51 | Macy's/DSNB, 911 Duke Blvd, Mason, OH 45036 |
| 5506863 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 15:02:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5506864 | | Email/Text: bankruptcy@nbtbank.com | Oct 28 2026 15:02:00 | NBT Bank, 52 S Broad St, Norwich, NY 13815-1646 |
| 5506865 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 15:30:29 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 5506866 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 15:31:47 | SYNCB/CITGO PLCC, PO Box 965004, Orlando, FL 32896-5004 |
| 5507097 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 15:30:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506867 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 15:31:47 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5506868 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 15:31:47 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Gina Bisignani usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Patrick James Best | on behalf of Plaintiff Gina Bisignani patrickjbest+ECF@gmail.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com |

Patrick James Best
on behalf of Debtor 1 Gina Bisignani patrickjbest+ECF@gmail.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gina Bisignani
aka Gina Caporali

**Debtor 1**

Chapter: 7

Case number: 5:22−bk−02229−MJC

Document Number: 30

Matter: Motion to Seal

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on November 18, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 11/17/26**<br>**Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **November 3, 2026**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 13, 2026 |

nthrgreq(02/19)