**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GINA BISIGNANI | : | CASE NO. 5:22-bk-02229-MJC |
| | : | |
| Debtor | : | |

# ORDER

Upon consideration of the *Motion to File Documents Under Seal*, Doc. 30 ("Motion"), after notice and an opportunity for hearing, no responses having been filed thereto, after a hearing held on November 17, 2026, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

By the Court,



Mark J. Conway, Bankruptcy Judge
Dated: November 17, 2026